IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD B. WILLIAMS, :
    Petitioner :
 : CIVIL NO. 3:11-CV-1399
v. :
 :
 : (JUDGE NEALON)
WAYNE J. GAVIN, et al., : (MAGISTRATE JUDGE SMYSER)
    Respondents :

## ORDER

NOW, THIS 15th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 14) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. Petitioner's objections to the R&R (Doc. 15) are **OVERRULED**;

4. Petitioner's appeal (Doc. 16) is **DENIED**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. There is no basis for a certificate of appealability.  See 28 U.S.C. § 2253.

United States District Judge