IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
FEB 1 5 2012
PER _____
DEPUTY CLERK

| | |
|---|---|
| RICHARD B. WILLIAMS,<br>Petitioner | : <br> : <br> : CIVIL NO. 3:11-CV-1399 |
| v. | : <br> : <br> : (JUDGE NEALON) |
| WAYNE J. GAVIN, et al.,<br>Respondents | : (MAGISTRATE JUDGE SMYSER)<br> : |

## ORDER

NOW, THIS 15th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 14) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. Petitioner's objections to the R&R (Doc. 15) are **OVERRULED**;

4. Petitioner's appeal (Doc. 16) is **DENIED**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. There is no basis for a certificate of appealability. See 28 U.S.C. § 2253.

United States District Judge